IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MICHAEL LAWSON, | : | |
| Plaintiff, | : | Case No. 3:14cv00229 |
| | : | |
| vs. | | District Judge Walter Herbert Rice |
| | : | Chief Magistrate Judge Sharon L. Ovington |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | : | |
| | : | |
| Defendant. | | |
| | : | |

# DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 21, 2015 (Doc. #14) is ADOPTED in full;

2. The Commissioner's non-disability finding is VACATED;

3. Plaintiff Michael Lawson's application for Supplemental Security Income protectively filed on July 28, 2011 is REMANDED to the Social Security Administration for payment of benefits consistent with the Social Security Act; and

4. The case be terminated on the docket of this Court.

_____
Walter Herbert Rice
United States District Judge